# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARIS AMPS,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID DEVENCENZI,<br><br>        Defendant. | Case No. 1:23-cv-01258-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 21 DAYS<br><br>ORDER DIRECTING CLERK OF COURT TO FORWARD IN FORMA PAUPERIS APPLICATION |

Plaintiff Travaris Amps ("Plaintiff") is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to forward an *in forma pauperis* application to Plaintiff;

2. Within twenty-one (21) days of the date of service of this order, Plaintiff shall either (1) submit the attached application to proceed *in forma pauperis*, completed and signed, or (2) pay the $402.00 filing fee for this action;

3. No requests for extensions will be granted without a showing of good cause; and

///

1

4. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: __**August 22, 2023**__

UNITED STATES MAGISTRATE JUDGE