UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARIS AMPS,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID DEVENCENZI,<br><br>    Defendant. | Case No. 1:23-cv-01258-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 5) |

  Plaintiff Travaris Amps, proceeding pro se, initiated this action by filing a complaint on August 22, 2023. (ECF No. 1.) However, Plaintiff did not pay the filing fee or file a motion to proceed in forma pauperis. On August 23, 2023, the Court ordered Plaintiff to apply to proceed in forma pauperis or pay the filing fee. (ECF No. 2.) After Plaintiff failed to do so, the assigned Magistrate Judge recommended the action be dismissed for Plaintiff's failure to comply with a court order, failure to prosecute, and failure to pay the filing fee. (ECF No. 5.)

  On September 20, 2023, the Court served the findings and recommendations on Plaintiff and notified him that any objections were due within fourteen days after service. (ECF No. 5 at 4.) The time to file objections has expired and Plaintiff has not filed any objections.

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the

1

Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations dated September 20, 2023, (ECF No. 5), are ADOPTED in FULL;
2. Plaintiff's complaint is DISMISSED without prejudice; and
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   October 30, 2023

_____
UNITED STATES DISTRICT JUDGE

2